```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KAREEM NISBETT, *individually and on* :
*behalf of all other persons similarly situated*, :
: 1:21-cv-03546-GHW
Plaintiff, :
: ORDER
-against- :
:
THE ALIXIR COMPANY, D/B/A BEV, :
:
Defendant. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Defendant's August 25, 2021 request to extend the deadline to answer or otherwise respond to the Complaint, Dkt. No. 13, is granted. The deadline to answer or otherwise respond to the Complaint is extended from August 18, 2021 to September 17, 2021. In addition, the initial pretrial conference currently scheduled for 10:00 a.m. on September 22, 2021, *see* Dkt. No. 8, is adjourned to 2:00 p.m. on October 22, 2021. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and proposed case management plan described in the Court's April 22, 2021 order, Dkt. No. 5, are due no later than October 15, 2021.

      SO ORDERED.

Dated: August 25, 2021  
New York, New York

                                                                   GREGORY H. WOODS  
                                                                  United States District Judge